# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Clemente BORJA-GOMEZ | ) | Case No. |
| | ) | 6:25-mj- 1501 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 13, 2025** in the county of **Seminole** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Lacey E. O'Neal, Border Patrol Agent
*Printed name and title*

Sworn to before me over the telephone or reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 5/14/2025

City and state: Orlando, Florida

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

STATE OF FLORIDA                      CASE NO. 6:25-mj- 1501

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lacey E. O'Neal, having been duly sworn, hereby make the following statement in support of the attached criminal complaint:

1.　　I am a Border Patrol Agent ("BPA") with the United States Department of Homeland Security, U.S. Customs and Border Protection ("CBP"), formerly known as the Immigration and Naturalization Service (INS). I have been so employed since September 07, 2003. I am currently assigned to the Orlando, Florida, Border Patrol Station. In my capacity as a Border Patrol Agent, I am charged with the enforcement of Titles 8, 18, 19 and 21 of the United States Code. I am a federal law enforcement agent with the authority to execute arrest and search warrants under the authority of the United States.

2.　　The information set forth in this affidavit is based on my investigation, information supplied to me by other law enforcement officers and agents, and information contained within various government databases and records. Because this affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint, I have not included details of all aspects of my investigation. Rather, I have set forth only those facts I believe are necessary to establish probable cause that the below listed individual committed a violation of 8 U.S.C. § 1326(a), illegal reentry by a previously removed alien.

3. On May 13, 2025, Florida Highway Patrol contacted the Orlando Border Patrol Station in reference to the defendant, Jose Clemente BORJA-GOMEZ. BORJA-GOMEZ was involved in a motor vehicle accident with a Florida Highway Patrol Trooper on Interstate 4 at mile marker 109 in Deltona, Florida[1]. During the accident investigation it was discovered that BORJA-GOMEZ was driving without a license. Assistance was requested from the Orlando Border Patrol Station. During the interview, agents gathered personal identifying information (name, date of birth, place of birth, etc.) from BORJA-GOMEZ.

4. CBP record checks on his biographical information confirmed that he is a citizen and national of Mexico with no lawful immigration status in the United States. He also has an Alien File Number (A xxx xxx 675), which contains his immigration history. BORJA-GOMEZ was then placed under arrest and transported to the Orlando Border Patrol Station. Border Patrol Agents obtained BORJA-GOMEZ's fingerprints for comparison to BORJA-GOMEZ's known fingerprints from his alien file. On May 13, 2025, the database indicated a match of the fingerprints.

5. Documents in the alien file also show that BORJA-GOMEZ has been previously ordered deported/removed from the United States to Mexico by a Designated Official on March 29, 2019. BORJA-GOMEZ was then physically deported/removed from the United States to Mexico on March 30, 2019, through Hidalgo, Texas.

---

[1] Deltona is in Volusia County, within the Middle District of Florida.

6. There is no record of BORJA-GOMEZ ever applying to or receiving consent of the Attorney General of the United States, and/or the U.S. Secretary of the Department of Homeland Security, for permission to re-enter the United States after BORJA-GOMEZ's prior deportation/removal.

7. Based on the foregoing, I believe that there is probable cause that on May 13, 2025, Jose Clemente BORJA-GOMEZ was found to be in the United States voluntarily after being previously deported and removed from the United States, in violation of 8 U.S.C. § 1326(a).

This concludes my Affidavit.

_____
Lacey E. O'Neal
Border Patrol Agent

Affidavit submitted by email and attested to me as true and accurate by via videoconference consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this  14th  day of May, 2025

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

3